UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT WOMACK | ) |
| | ) |
| v. | )   NO. 3:09-0054 |
| | )   JUDGE ECHOLS |
| DOLGENCORP, INC., ET AL. | ) |

### O R D E R

I hereby recuse myself in this action. The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE